EXIBIT A

Bond Formwork Systems

Proposed Claim Constructions – '069 Patent

| Term | Plaintiff's Proposed Construction | Support for Plaintiff's Proposed Construction | Defendants' Proposed Construction | Support for Defendants' Proposed Construction |
|---|---|---|---|---|
| "fixed beam-head prop assemblies" (claims 1, 2, 4, 6, 13, 15, 16) | Prop assembly comprising beam-heads that are fixed into position. <br><br> "Fixed" means to be securely placed and able to support beams and panels for the purpose of pouring and supporting concrete <br><br> "beam-head" means a component for supporting one or more beams in position <br><br> "prop assemblies" means the configuration of components that allows multiple beams and panels to be supported at varying heights to allow for the pouring and support of concrete to create formworks | '069 Patent, 1:36 – 2:22; Figures 1, 2, 4A, 4B, 9B, 10A, 10B and 12. | Prop assemblies comprising a fixed beam-head. | '069 Patent, 1:36 – 2:22; Figures 4A, 4B and 9B |

1

| "drop-head" (claims 1, 2, 3, 4, 12, 14, 16) | A beam-head having an end cap seat that is movable and can be fixed in more than one position along the central shaft of the beam-head component and can be lowered, or dropped, from the fixed position to allow for the removal of forming components. | '069 Patent, 4:49-54, 6:7-10, 6:32-36, Figures 3A, 3B, 4A, 4B 6A, 6B and 12 | Beam-head having an end cap seat that is easily removable from the central shaft of the beam-head such as by striking a star. | '069 Patent, 4:49-54, 6:7-10, 6:32-36, Figures 3A, 3B, 6B and 6D |
|---|---|---|---|---|
| "fixed beam-head" (claims 1, 7, 11) | Beam-heads having an end cap seat that can be fixed into position.<br><br>"fixed" means to be steadfast and able to support beams and panels for the purpose of pouring and supporting concrete<br><br>"beam-head" means a component for supporting one or more beams in position | '069 Patent, 6:1-16; Figures 3A, 3B, 4A, 4B, 6A, 6B, 6C, 6D, 9B, 10A, 10B, and 12. | Beam-head having an end cap seat that is permanently attached to a fixed location on the central shaft by welding, by being formed as a single uniform body with the shaft or in some other manner that makes the end cap seat not easily removable from the shaft. | '069 Patent, 6:1-16; Figures 3A, 3B, 6A and 6C |
| "selectively attached to" (claims 1, 4, 12, 16) | Attached in a manner such that it is movable or adjustable and can be fixed in more than one position. | '069 Patent, 4:49 - 5:3, Figures 3A, 4B, 6A, 6B, and 12. | Attached in a manner such that it is easily removable from the central shaft such as by striking a star. | '069 Patent, 4:49-54, 6:7-10, 6:32-36, Figures 3A, 3B, 6B and 6D |

| "attached around and to" (claims 1, 7) | Attached in a manner such that the end cap seat completely encircles (attaches around) and cannot be removed from the central shaft. | '069 Patent, 6:1-4; Figures 3A, 3B, 4A, 4B, 6A, 6B, 6C, 6D, and 12. | Permanently attached to a fixed location on the central shaft by welding, by being formed as a single uniform body with the shaft or in some other manner that makes the end cap seat not easily removable from the shaft | '069 Patent, 6:1-16; Figures 3A, 3B, 6A and 6C |
|---|---|---|---|---|
| "locking element" (claims 8, 13) | Any means of locking the lower and upper portions of the prop assembly into place such that beams and panels may be supported to allow for the pouring and support of concrete to create formworks, this includes but is not limited to external pins or threaded rings. | '069 Patent, 7:5-21, Figures 4A, 8A, 9B, 10A, 10B, 11A, 11B, and 12. | Pin or other element that is inserted through an exterior aperture of the lower portion of the prop and an interior aperture of the upper portion of the prop to lock the lower and upper portions in place. | '069 Patent, 7:5-18, Figures 4A, 8A. |
| "affixed to" (claims 12) | Attached to the central shaft in a manner that prevents removal and allows the end cap seat to be fixed in place in order to support beams. | '069 Patent, Figures 3A, 3B, 4A, 4B, 6A, 6B, 6C, 6D, 9B, 10A, 10B, 11A, 11B, and 12. | Permanently attached to a fixed location on the central shaft by welding, by being formed as a single uniform body with the shaft or in some other manner that makes the end cap seat not easily removable from the shaft. | '069 Patent, Figures 3A, 3B, 6A and 6C |